1      UNITED STATES DISTRICT COURT
2         DISTRICT OF PUERTO RICO

3   ROBUR OTERO CARRASQUILLO,
4   et al.,
5                                        Civil No. 03-1651 (JAF)
6         Plaintiffs,

7         v.

8   PHARMACIA CORPORATION, et al.,
9
10        Defendants.
11

12                            **O R D E R**

13        This case began on June 6, 2003, when Plaintiffs Robur Otero

14   Carrasquillo, María T. Negrón Cedeño, their conjugal partnership,

15   and their daughter, Jennifer Marie Otero Negrón, filed a complaint

16   against Defendants Pharmacia Corporation, Zaida Sanabria, and

17   several unknown defendants, alleging violations of ERISA and Puerto

18   Rico law, 31 L.P.R.A. § 5141 ("Article 1802"). Docket Document No.

19   1. On August 16, 2005, this court issued an order and opinion,

20   ordering Defendant Pharmacia to pay Plaintiffs $2,500.00 for failing

21   to provide certain requested documents within thirty days, granting

22   Pharmacia's motion for summary judgment on Plaintiffs' ERISA claims,

23   and dismissing Plaintiffs' Article 1802 invasion of privacy claim

24   without prejudice. Docket Document No. 94. Plaintiffs appealed the

25   judgment, Docket Document Nos. 96, 117, and the First Circuit

26   affirmed on January 30, 2007, Docket Document No. 128.

27        On April 12, 2007, Plaintiffs filed an amended complaint

28   against Defendants in Puerto Rico court, alleging (1) medical

Civil No. 03-1651 (JAF)                                          -2-

1    malpractice, (2) invasion of privacy, and (3) damages for

2    intentional and fraudulent actions.  Docket Document No. 136-2.

3    Defendants moved this court for a permanent injunction enjoining

4    Plaintiffs from re-litigating their damages claim in Puerto Rico

5    court on May 1, 2007.  Docket Document No. 131-1.  Plaintiffs

6    opposed the motion on May 25, 2007.  Docket Document No. 138-1.

7    Defendants replied on June 5, 2007.  Docket Document No. 140.

8    Plaintiffs sur-replied on June 14, 2007.  Docket Document No. 144.

9        On May 25, 2007, Plaintiffs filed a second amended complaint

10   in Puerto Rico court, removing the cause of action for damages,

11   leaving only the medical malpractice and invasion of privacy claims.

12   Docket Document No. 145-4.  Defendants state that they "are not

13   seeking any injunctive relief either as to plaintiffs' invasion of

14   privacy claim, nor as to their newly included medical malpractice

15   claim."  Docket Document No. 40.  We, therefore, find Defendants'

16   motion seeking a permanent injunction enjoining Plaintiffs from re-

17   litigating their damages claim to be moot.

18       We hereby **DENY** Defendants' motion for injunctive relief, Docket

19   Document No. 131-1.

20       **IT IS SO ORDERED**.

21       San Juan, Puerto Rico, this 24th day of August, 2007.

22                                   S/José Antonio Fusté
23                                   JOSE ANTONIO FUSTE
24                                   Chief U.S. District Judge